## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                              INFORMATION

MELISSA A. DAVIS                                      3:19mj239
_____/

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

That on or about April 9, 2019, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**MELISSA A. DAVIS,**

did knowingly and willfully steal or convert to her own use or another's use money or property of the United States of a value less than one thousand dollars ($1,000.00), in violation of Title 18, United States Code, Section 641.

_____            9/16/2019
LAWRENCE KEEFE                            DATE
United States Attorney