IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.

_Melissa Davis_,                                     Case No. 3:19mj239

## ORDER

Pursuant to 18 U.S.C. § 3142, you are hereby released on your own recognizance with the following special conditions:

1. You shall not commit a Federal, State, or local crime during the period of release;

2. If the Office of the Federal Public Defender has been appointed to represent you, you shall maintain contact with their office and immediately advise them if your contact information (i.e., your address or phone number) changes; and,

3. You shall be required to return for your (bench trial)(jury trial)(next court date) on __Nov 4__, 2019 at __9:00__ (a.m./p.m. or for such other date as trial may be set. You shall further be required to appear for any other court date of which you are notified.

4. If you have been directed to return for sentencing and a presentence report has been ordered, you will cooperate with the Probation Officer assigned to prepare the report.

Failure to comply with the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

**DONE AND ORDERED** this __18th__ day of __September__ 2019.

_/s/ Hope Thai Cannon_
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**