IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

-vs-  Case No. **3:19mj239**

**MELISSA A. DAVIS**

_____

## ORDER

The above-named defendant having appeared before the court, and having been examined by the undersigned, and the court having determined from the sworn testimony of the defendant that said defendant is qualified for appointment of counsel pursuant to the provisions of the Criminal Justice Act, it is hereby **ORDERED**:

The FEDERAL PUBLIC DEFENDER, 3 West Garden Street, Suite 200, Pensacola, Florida 32502, telephone number (850) 432-1418, is appointed to represent this defendant and serve as counsel of record in the above-styled cause. Further proceedings will be held before the United States District Court on , **November 4, 2019 at 8:30 A.M.** If a Criminal Justice Act (CJA) panel attorney is selected by the Public Defender as Defendant's attorney, this order authorizes payment of the CJA attorney for work on behalf of Defendant from the time that attorney was contacted by the Public Defender to take the case and agreed to take the case, even though that work predated this order.

**DONE** and **ORDERED** this 19th day of September, 2019.

_Hope Thai Cannon_
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**